DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## McCARROLL v. McCARROLL

No. 390P85.

Case below: 75 N.C. App. 363.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 November 1985.

## MAFFEI v. ALERT CABLE TV OF N.C., INC.

No. 477PA85.

Case below: 75 N.C. App. 473.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 1 October 1985.

## MILLER WIRE v. BUTLER

No. 554P85.

Case below: 76 N.C. App. 345.

Petition by third-party defendant for discretionary review under G.S. 7A-31 denied 1 October 1985.

## MORTON v. MORTON

No. 560P85.

Case below: 76 N.C. App. 295.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 November 1985. Notice of appeal by defendant dismissed 5 November 1985.

## N. C. ASSOCIATION OF ABC BOARDS v. HUNT

No. 541P85.

Case below: 76 N.C. App. 290.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 5 November 1985.